IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE ADAMS, | ) | No. C 10-0369 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| FERNANDO GONZALEZ, Acting Warden, | ) | |
| Respondent. | ) | |

The Court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 12/16/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
Adams369jud.hhl.wpd